834

No. 82–6730.  CURTIS v. HECKEL, WARDEN, VANDALIA COR-RECTIONAL CENTER.  C. A. 7th Cir.  Certiorari denied.

No. 82–6731.  HOLLEMAN v. DUCKWORTH ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 82–6734.  MILLER v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 82–6735.  OWENS v. WAINWRIGHT, SECRETARY, DEPART-MENT OF OFFENDER REHABILITATION OF FLORIDA.  C. A. 11th Cir.  Certiorari denied.

No. 82–6736.  WRIGHT v. ASSOCIATES FINANCIAL SERVICES COMPANY OF OREGON, INC.  Ct. App. Ore.  Certiorari denied.

No. 82–6737.  KNAPP v. WISCONSIN.  Sup. Ct. Wis.  Certiorari denied.

No. 82–6738.  LUERA v. ESTELLE, DIRECTOR, TEXAS DEPART-MENT OF CORRECTION.  Ct. Crim. App. Tex.  Certiorari denied.

No. 82–6739.  ARELLANES v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 82–6742.  ADKINS v. HOPPER, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 82–6744.  PRASAD v. WASSAIC DEVELOPMENTAL CENTER ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 82–6747.  GIL v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 82–6748.  HARDING v. GARRISON, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 82–6751.  SPINNEY v. MASSACHUSETTS.  C. A. 1st Cir.  Certiorari denied.

No. 82–6754.  SUMLIN v. ENGLE ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 82–6755.  PALMER v. MINTZES, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 82–6756.  O'DILLON v. ZANT, WARDEN.  Super. Ct. Ga., Butts County.  Certiorari denied.